IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01283-PSF-PAC

MARK JORDAN,

       Plaintiff,

v.

MARY H. SOSA, ADX Florence, Acting Inmate Systems Manager,
ROBERT A. HOOD, ADX Florence, Warden,
(First name unknown) Tucker, FCI Englewood Inmate Systems Officer,
ANGELA SHENK, FCI Englewood Inmate Systems Manager,
J.L. NORWOOD, USP Victorville Warden,
in their individual and official capacities, and,
W.A. SHERROD, FCI Englewood Warden,
in his official capacity,

       Defendants.

---

## ORDER OF DISMISSAL OF INDIVIDUAL
## CAPACITY CLAIMS FOR DAMAGES

---

This matter having come before the court on a Stipulated Motion to Dismiss the Individual Capacity Claims for Damages, it is hereby ORDERED that the individual capacity claims for damages against Mary H. Sosa, Robert A. Hood, Roy Tucker, Angela Shenk, J.L. Norwood, and W.A. Sherrod, are dismissed, each party to pay their own costs.

Dated this 11th day of April, 2006.

*s/ Phillip S. Figa*

       _____
         United States District Judge