IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01283-PSF-PAC

MARK JORDAN,

    Plaintiff,

v.

MARY H. SOSA,
ROBERT A. HOOD,
OFFICER TUCKER,
ANGELA SHENK,
J.L. NORWOOD,
W.A. SHERROD,

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate the Settlement Conference Scheduled for May 24, 2007 [filed May 22, 2007; Doc. No. 90] is **GRANTED** as follows:

The Settlement Conference set for May 24, 2007 is *vacated and reset* to **June 6, 2007 at 3:00 p.m.**, 5th Floor, Arraj Courthouse.

Confidential Settlement Statements are due on or before **May 31, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge O. Edward Schlatter.

***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall

have valid, current, photo identification when entering the courthouse.

Dated: May 23, 2007