IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01283-PSF-KLM

MARK JORDAN,

    Plaintiff,

v.

MARY H. SOSA, ADX Florence Acting Inmate Systems Manager;
ROBERT A. HOOD, ADX Florence Warden;
(FIRST NAME UNKNOWN) TUCKER, FCI Englewood Inmate Systems Officer;
ANGELA SHENK, FCI, Englewood Inmate Systems Manager;
J.L. NORWOOD, USP Victorville, Warden, in their individual and official capacities;
and
W.A. SHERROD, FCI Englewood, Warden, in his official capacity,

    Defendants.

---

**ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION AND PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO DEPOSE WITNESS**

---

    This matter comes before the Court on Defendants' Motion for Reconsideration (Dkt. # 132) filed November 20, 2007. Defendants request this Court to vacate that portion of its Order of November 9, 2007 (Dkt. # 128) which, *inter alia*, ordered defendants to provide an expert report from listed expert witness Dr. Andres Hernandez, make him available to plaintiff for a deposition, and produce to plaintiff copies of four academic articles discussing the psychological effects of pornography, upon which Dr. Hernandez's testimony may rely (Dkt. # 128 at 3-4). As grounds for this request to vacate a portion of the Order, defendants now state that they no longer intend to call Dr. Hernandez as an expert witness at trial.

Plaintiff has filed a response (Dkt. # 136) to defendant's motion, stating essentially that he does not oppose vacating this Court's Order directing Dr. Hernandez to provide an expert report and appear for deposition if he is not going to testify, but plaintiff requests that in light of this change, he be permitted to depose defendants' other expert, Joyce Conley, for 14 hours rather than the 7 hours provided for in the scheduling order (Dkt. # 136 at 2-3). By Motion filed on December 4, 2007 (Dkt. # 138), plaintiff requested the Court to expressly allow 14 hours of deposition time for witness Conley. Plaintiff also states that he opposes any modification to the Court's Order which would relieve defendants from the obligation to produce the four articles referenced above (*id*. at 3-4).

Given plaintiff's position, the Court grants defendants' request and modifies the Order of November 9, 2007, to the extent it orders an expert report or deposition to be provided by Dr. Hernandez. In addition, the Final Pretrial Order is hereby modified to delete Dr. Hernandez as a witness, expert or otherwise. Further, the Court finds no good grounds to lengthen the deposition time for witness Conley, and therefore that request of the plaintiff is denied.

The defendants are directed, however, to produce the four articles to plaintiff, even though Dr. Hernandez is not testifying. The articles were ordered to be produced by the Magistrate Judge as early as September 6, 2007 (*see* Dkt. # 106 at 1-2). This Court reiterated the order of the Magistrate Judge and directed them to be produced within 5 days (Dkt. # 128 at 4) and yet the articles were not produced as the Court had ordered, nor was an objection made within the 5 days. There is no justification

provided by defendants in their current motion for the articles not having been produced.  Moreover, the articles appear to be subject to discovery as they may lead to the discovery of other admissible evidence.  In addition, plaintiff makes a plausible showing that witness Conley may reference the articles on her testimony.  Accordingly, that part of the Court's Order Of November 9, 2007, directing defendants to produce these articles remains in effect, and defendants are directed to produce the articles to plaintiff within 5 days of this Order, with all costs of compliance to be borne by defendants.

**CONCLUSION**

Defendants' Motion for Reconsideration (Dkt. # 132) is GRANTED IN PART and DENIED IN PART, as set forth herein.

Plaintiff's Motion for Additional Time to Depose Witness Conley (Dkt. # 138) is DENIED.

DATED:  December 7, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge