IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01283-PSF-KLM

MARK JORDAN,

    Plaintiff,

v.

MARY H. SOSA, ADX Florence Acting Inmate Systems Manager,
ROBERT A. HOOD, ADX Florence Warden,
(FIRST NAME UNKNOWN) TUCKER, FCI Englewood Inmate Systems Officer,
ANGELA SHENK, FCI, Englewood Inmate Systems Manager
J.L. NORWOOD, USP Victorville Warden, In their individual and official capacities, and
W.A. SHERROD, FCI Englewood, Warden, In his official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on defendants' Motion for Protective Order (Dkt. # 150) in which defendants seek to limit the time for the deposition of Joyce Conley to four hours and permit Dr. Conley to be deposed via video teleconference. The deposition of Dr. Conley is presently set to commence on January 9, 2008 in Florence, Colorado, where plaintiff is incarcerated. The motion is DENIED for the following reasons:

    The pretrial order in this case permits depositions of witnesses to be taken for up to seven hours. By Order dated December 7, 2007 (Dkt. # 141), the Court previously denied plaintiff's request (Dkt. # 138) to increase the time to 14 hours. Defendants now submit that seven hours is "an unreasonable length of time for Dr. Conley's deposition." Defendants further state that "plaintiff's purpose in taking that long would be to harass the witness." If, during the taking of the deposition the questioning appears to be conducted in violation of F.R.Civ.P. 30(d)(4), the defendants may move for a limitation of the examination at that time.

    Although defendants submit that Dr. Conley will be inconvenienced by having to travel to Colorado for the deposition, it was defendants' choice to list Dr. Conley as an expert witness and despite the inconveniences of taking the deposition within the

confines of a federal prison, the plaintiff is entitled in this case to a face-to-face examination of an expert witness who he will be required to cross-examine at trial.

In addition, plaintiff's Motion for Modification of Order regarding the scheduling of this deposition (Dkt. # 145) is GRANTED to the extent that defendants shall make the arrangements for the court reporter to be present at the time of Dr. Conley's deposition.

DATED: January 2, 2008