IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: March 28, 2008

Civil Action No. 05–cv–01283–EWN–KLM

| *Parties:* | *Counsel:* |
|---|---|
| MARK JORDAN, | *Pro Se* |
| Plaintiff, | |
| v. | |
| MARY H. SOSA, ADX Florence Acting Inmate Systems Manager; | William Pharo |
| ROBERT A. HOOD, ADX Florence Warden; | |
| TUCKER, (First Name Unknown), FCI Englewood Inmate Systems Officer; | |
| ANGELA SHANK, FCI Englewood Inmate Systems Manager; | |
| J. L. NORWOOD, USP Victorville Warden, in their individual and official capacities; and | |
| W. A. SHERROD, FCI Englewood Warden, in his official capacity, | |
| Defendants. | |

---

### COURTROOM MINUTES

---

**Status Conference**

**9:19 a.m.**   Court in session.

Court calls case and appearances.  Plaintiff Jordan appears by video conference.

Discussion regarding scheduling Final Pretrial Conference.

Discussion regarding pending motions.

**ORDERED: 1. Plaintiff's Motion to Voluntarily Dismiss Claims Seven and Eleven (#171, filed March 19, 2008) is GRANTED.**

**ORDERED: 2. Plaintiff's Motion for Order Deeming Facts Admitted (#124, filed November 2, 2007) is DENIED as procedurally incorrect at this point.**

**ORDERED: 3. Plaintiff's Motion to Exclude Defendant's Non-Disclosed Exhibits (#139, filed December 4, 2007) is DENIED as moot.**

Discussion regarding Ensign Amendment.

**ORDERED: 4. Dr. Hernandez's deposition shall be conducted by video conference as soon as possible. Parties shall coordinate timing.**

Discussion regarding possible summary judgment motion.

**ORDERED: 5. Final Pretrial Conference is set for Friday, April 25, 2008, at 3:30 p.m.**

Plaintiff states that he has obtained this court's Final Pretrial Order template.

Two-day trial date will be set at the Final Pretrial Conference.

**9:41 a.m.** Court in recess.

Hearing concluded.

Total time in court: 00:22