IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  Date: April 25, 2008
Therese Lindblom, Court Reporter

Civil Action No. 05–cv–01283–EWN–KLM

| *Parties:* | *Counsel:* |
|---|---|
| MARK JORDAN, | *Pro Se* |
|     Plaintiff, | |
| v. | |
| MARY H. SOSA, ADX Florence Acting Inmate Systems Manager;<br>ROBERT A. HOOD, ADX Florence Warden;<br>TUCKER, (First Name Unknown), FCI Englewood Inmate Systems Officer;<br>ANGELA SHANK, FCI Englewood Inmate Systems Manager;<br>J. L. NORWOOD, USP Victorville Warden, in their individual and official capacities; and<br>W. A. SHERROD, FCI Englewood Warden, in his official capacity, | William Pharo |
|     Defendant. | |

---

## COURTROOM MINUTES

**Final Pretrial Conference**

**3:31 p.m.**     Court in session.

Court calls case and appearances. Plaintiff appears by video conference.

Discussion regarding Final Pretrial Order, #178.

Discussion regarding motion to exclude expert testimony, #176.

Discussion regarding taking of deposition of Dr. Hernandez via video conference among USP-MAX Florence, Denver U.S. Attorney's Office, and FCI Butner.

Discussion regarding estimated length of trial. Plaintiff estimates two days.

Court sets two-day trial to the court for Monday, July 7, 2008.

Discussion regarding possibility of rebuttal expert. Plaintiff reserves right to call rebuttal expert.

Discussion regarding Proposed Final Pretrial Order, #178, and changes per record made in open court.

**ORDERED: 1.  Plaintiff's Motion for Voluntary Dismissal of Claims 9 and 10 (#179, filed April 25, 2008) is GRANTED.**

Discussion regarding witnesses and necessity for subpoenas.

**ORDERED: 2.  Any current or former BOP employee listed as a witness for the Plaintiff will be made available at trial by the Defendant.**

Discussion regarding stipulations not in Final Pretrial Order.

**ORDERED: 3.  Mr. Pharo shall file an amended Final Pretrial Order including stipulations within fifteen days.**

**3:54 p.m.**     Court in recess.

Hearing concluded.

Total time in court: 00:23