IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01283–EWN–KLM

MARK JORDAN,

    Plaintiff,

v.

MARY H. SOSA, ADX Florence Acting Inmate Systems
Manager;
ROBERT A. HOOD, ADX Florence Warden;
(FIRST NAME UNKNOWN) TUCKER, FCI Englewood
Inmate Systems Officer;
ANGELA SHENK, FCI Englewood Inmate Systems
Manager;
J.L. NORWOOD, USP Victorville Warden,
In their individual and official capacities, and
W.A. SHERROD, FCI Englewood Warden, In his official
capacity,

    Defendants.

---

**ORDER SETTING TRIAL PREPARATION CONFERENCE**

---

    This matter having been set for trial commencing on July 7, 2008, it is now

    **ORDERED** as follows:

    1. The court will hold a trial preparation conference commencing at 2:45 o'clock p. m.

on June 27, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver,

Colorado. The Plaintiff shall attend the trial preparation conference by video conferencing. Ms.

Montoya, attorney for the Bureau of Prisons, shall ensure the connection/equipment is working prior to the commencement of the trial preparation conference.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 22nd day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge