IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter

Date: July 2, 2008

Civil Action No. 05–cv–01283–EWN

| *Parties:* | *Counsel:* |
|---|---|
| MARK JORDAN, | *Pro Se* |
|     Plaintiff, | |
| v. | |
| MARY H. SOSA, ADX Florence Acting Inmate Systems Manager; ROBERT A. HOOD, ADX Florence Warden; (FIRST NAME UNKNOWN) TUCKER, FCI Englewood Inmate Systems Officer; ANGELA SHENK, FCI Englewood Inmate Systems Manager; J.L. NORWOOD, USP Victorville Warden, In their individual and official capacities, and W.A. SHERROD, FCI Englewood Warden, In his official capacity, | William Pharo and Timothy Jafek |
|     Defendants. | |

## COURTROOM MINUTES

**Trial Preparation Conference**

**3:06 p.m.**    Court in session.

Court calls case and appearances.  Plaintiff appears by video conference.

Discussion regarding pending motions.

Court's findings.

**ORDERED: 1.** **Plaintiff's Motion to Exclude Expert Testimony (#176, filed April 10, 2008) is DENIED as moot.**

**ORDERED: 2.** **Plaintiff's Motion for Leave to Modify Final Pretrial Order (#184, filed June 11, 2008) is GRANTED.**

**ORDERED: 3.** **Plaintiff's Expedited Motion for Order Directing Hand-Delivered Service of Deposition Transcript (#188, filed June 20, 2008) is DENIED as moot.**

**ORDERED: 4.** **Plaintiff's Motion to Amend Final Pretrial Order to Include Andres Hernandez as Witness to Testify by Way of Deposition (#189, filed June 23, 2008) is DENIED.**

**ORDERED: 5.** **Plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum (#186, filed June 20, 2008) is DENIED.  Trial to the court will be conducted by video conference.**

Court reviews documents submitted by parties for this conference.

Plaintiff orally offers his witness list:
1. Mark Jordan, plaintiff
2. Rick Martinez
3. Warden Ron Wiley
4. Dr. Andres Hernandez
5. Mary H. Sosa
6. LeAnn LaRiva

Discussion regarding current unavailability of Warden Wiley.  Government will continue to try to contact Warden Wiley.

Plaintiff Jordan addresses the order in which he expects to call witnesses.

Discussion regarding stipulations filed by the Defendants.

Discussion regarding possible Daubert issues as to Dr. Hernandez.

Discussion regarding handling of evidence during trial. Court will research enabling Plaintiff's viewing of exhibits electronically.

Plaintiff requests that Government witnesses be sequestered. Court will so order.

Discussion regarding Teresa Montoya sitting at Government's table as an advisory witness. Plaintiff has no objection.

**4:01 p.m.** Court in recess.

Hearing concluded.

Total time in court: 00:55