IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Case No. 05–cv–01283–EWN–KLM

MARK JORDAN,

      Plaintiff,

v.

MARY H. SOSA et al,

      Defendants.

---

## **STIPULATION** AND **ORDER** REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

      It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

      DATED this 24th day of July, 2008.

                    BY THE COURT:

                    _____
                    Edward W. Nottingham
                    Chief United States District Judge

_____      _____
Counsel for Plaintiff                  Counsel for Defendant

N/A